# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TURO, INC., et al.  )<br>)<br>Defendants.  )<br>─────────────────────────── )<br>TURO, INC.,  )<br>)<br>Counter-Plaintiff,  )<br>)<br>v.  )<br>)<br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY,  )<br>)<br>Counter-Defendant.  )<br>) | Case No. 3:21-cv-00128<br><br>**JURY TRIAL DEMANDED**<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara D. Holmes |

## NOTICE OF SETTLEMENT

Plaintiff and Counter-Defendant Metropolitan Nashville Airport Authority ("MNAA") and Defendant and Counter-Plaintiff Turo Inc. ("Turo") file this notice to apprise the Court that the parties have reached a settlement, which will conclusively resolve this matter in its entirety and obviate the need for further discovery and briefing. The parties have fully executed a settlement agreement, and are finalizing the details of the settlement. The parties anticipate finalizing the settlement and requesting the Court dismiss the case with prejudice promptly.

| Dated: May 4, 2021 | /s/ Matthew D. Brown |
|---|---|

COOLEY LLP
MICHAEL G. RHODES (California State Bar No. 116127) (*Admitted pro hac vice*)
MATTHEW D. BROWN (California State Bar No. 196972) (*Admitted pro hac vice*)
BENJAMIN H. KLEINE (California State Bar 257225) (*Admitted pro hac vice*)
BETHANY C. LOBO (California State Bar No. 248109) (*Admitted pro hac vice*)
REBECCA L. TARNEJA (California State Bar No. 293461) (*Admitted pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: rhodesmg@cooley.com
brownmd@cooley.com
bkleine@cooley.com
blobo@cooley.com
rtarneja@cooley.com

Lauren Paxton Roberts (BPR #025049)
J. Anne Tipps (BPR #033588)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: +1 615 782 2200
E-mail: lauren.roberts@stites.com
atipps@stites.com

*Attorneys for Defendant and Counterclaim-Plaintiff Turo Inc.*

/s/ Michael R. O'Neill

W. Scott Sims (#17563)
Michael R. O'Neill (#34982)
Grace A. Fox (#37367)
SIMS|FUNK, PLC
3322 West End Ave., Suite 200

2

Nashville, TN 37203
Telephone: +1 615 292 9335
Facsimile: +1 615 649 8565
Email: ssims@simsfunk.com
moneill@simsfunk.com
gfox@simsfunk.com

*Attorneys for Plaintiff and Counterclaim Defendant Metropolitan Nashville Airport Authority*

3

Case 3:21-cv-00128   Document 36   Filed 05/04/21   Page 3 of 4 PageID #: 420

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 4, 2021, I filed the foregoing Notice of Settlement electronically through the Court's CM/ECF System and thereby served the following:

W. Scott Sims
Michael R. O' Neill
Grace A. Fox
SIMS | FUNK, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 292-9335
Fax: (615) 649-8586
Email: ssims@simsfunk.com
       moneill@simsfunk.com
       gfox@simsfunk.com

*Counsel for Plaintiff and Counterclaim Defendant Metropolitan Nashville Airport Authority*

                                              */s/ Matthew D. Brown*
                                              Matthew D. Brown