# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No. 3:21-cv-00128 |
| TURO, INC., et al. | )<br>) |
| Defendants. | )<br>) Judge William L. Campbell, Jr.<br>) Magistrate Judge Barbara D. Holmes |
| TURO, INC., | )<br>) |
| Counter-Plaintiff, | )<br>) |
| v. | )<br>) |
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY, | )<br>)<br>) |
| Counter-Defendant. | )<br>) |

## STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Metropolitan Nashville Airport Authority ("MNAA") and Defendant and Counter-Plaintiff Turo, Inc. ("Turo"), by and through undersigned counsel, submit the following Stipulation of Dismissal of Claims with Prejudice and state as follows:

1. On or about January 18, 2021, MNAA filed a Complaint against Turo in the Chancery Court for Davidson County, Tennessee, which was later removed to this Court. (Dkt. No. 1-2).

2. On or about February 25, 2021, Turo filed an Answer and Counterclaims against MNAA. (Dkt. No. 12).

3. MNAA and Turo have resolved all claims involved in this case.

4. MNAA and Turo hereby stipulate to the dismissal of all claims in this case with prejudice, with MNAA and Turo bearing their own respective attorneys' fees, costs, and expenses.

Respectfully submitted:

*s/Michael R. O'Neill*
W. Scott Sims (#17563)
Michael R. O'Neill (#34982)
Grace A. Fox (#37367)
SIMS|FUNK, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
moneill@simsfunk.com
gfox@simsfunk.com

*Counsel for Plaintiff*

*s/Matthew D. Brown by MRO w/perm.*
Michael G. Rhodes
Matthew D. Brown
Benjamin H. Kleine
Bethany C. Lobo
Rebecca L. Tarneja
Cooley LLP
101 California Street
5th Floor San Francisco, CA 94111
(415) 693-2376
(415)693-2222
rhodesmg@cooley.com
brownmd@cooley.com
bkleine@cooley.com
blobo@cooley.com
rtarneja@cooley.com

Lauren Paxton Roberts
J. Anne Tipps
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Lauren.roberts@stites.com
atipps@stites.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing was served on the following individual via the Court's CM/EFC system on May 7, 2021:

| | |
|---|---|
| Lauren Paxton Roberts<br>J. Anne Tipps<br>Stites & Harbison, PLLC<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219<br>Lauren.roberts@stites.com<br>atipps@stites.com | Michael G. Rhodes<br>Matthew D. Brown<br>Benjamine H. Kleine<br>Bethany C. Lobo<br>Rebecca L. Tarneja<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>rhodesmg@cooley.com<br>brownmd@cooley.com<br>bkleine@cooley.com<br>blobo@cooley.com<br>rtarneja@cooley.com |

          *s/Michael R. O'Neill*